# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3883

_____

United States of America,         *
                                *

           Appellee,         *
                                *

         v.               *   Appeal from the United States
                                *   District Court for the

Juan Ramon Perez,          *   Western District of Missouri.
                                *    [UNPUBLISHED]

           Appellant.      *

_____

Submitted: April 4, 2007
Filed: April 5, 2007

_____

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Juan Ramon Perez appeals his conviction and 168-month sentence imposed by the district court[1] after he pleaded guilty to drug and money-laundering conspiracies. In a brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), counsel argues that Perez's sentence, imposed at the bottom of an advisory Guidelines imprisonment range of 168-210 months, is too long. Following careful review, we conclude that the sentence imposed by the district court was reasonable. <u>See</u> <u>United States v. Garnica</u>, 477 F.3d 628, 631 (8th Cir. 2007) (per curiam) (in cases where there is no dispute

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

concerning district court's calculation of advisory Guidelines range, reviewing court must only determine whether sentence imposed by district court is reasonable).

Turning to the arguments raised in the pro se supplemental brief, we note that any ineffective-assistance argument must be raised in a 28 U.S.C. § 2255 proceeding, where the record can be properly developed. See United States v. Hughes, 330 F.3d 1068, 1069 (8th Cir. 2003). Perez's other pro se arguments, to the extent they relate to his case, are refuted by the plea transcript. Cf. Blackledge v. Allison, 431 U.S. 63, 74 (1977) ("Solemn declarations in open court carry a strong presumption of verity.")

We have reviewed the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), and have found no nonfrivolous issues. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____